**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7659**

———————

DWIGHT RICHARDSON,

                                        Plaintiff - Appellant,

        versus

B. YOUNG, Lieutenant; H. BOWERS, Lieutenant;
THOMAS MCINTYRE, Sergeant; PHILLIP KRAUSS,
Officer; TIMOTHY STICKLEY, Officer; MARK
RALEY, Officer; STANLEY RALEY, Officer; D.
COWAN, Officer; TROY HAMILTON, Officer; MARSHA
BITTNER, Nurse,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-
2457-L)

———————

Submitted: February 6, 2002        Decided: February 21, 2002

———————

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dwight Richardson, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Sharon Stanley Street, Assistant Attorney
General, Baltimore, Maryland; Phillip Melton Andrews, George Eugene
Brown, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight Richardson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richardson v. Young</u>, No. CA-00-2457-L (D. Md. Sept. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>